BOIES, SCHILLER & FLEXNER LLP
Jonathan D. Schiller (pro hac vice)
jschiller@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone: 212.446.2300
Facsimile: 212.446.2350

Fred Norton (SBN 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: 510.874.1000
Facsimile: 510.874.1460

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone: 310.395.5800
Facsimile: 510.874.1460

Attorneys for Defendants *The Goldman Sachs Group, Inc.*, *Alliance Films Inc. and Momentum Pictures USA, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SILVER, an individual, SILVER PICTURES, INC., and SILVER SLATE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC., ALLIANCE FILMS INC., and MOMENTUM PICTURES USA, INC.,<br><br>Defendants. | Case No. CV 10-4961 CAS (AJWx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(6) |

1 | Before the Court is Defendants The Goldman Sachs Group, Inc.'s, Alliance Films, Inc.'s, and Momentum Pictures USA, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6).  Having considered the submissions and arguments of the parties, for good cause showing and for the reasons set forth in the Defendants' papers, the Court hereby GRANTS Defendants' motion to dismiss.  IT IS HEREBY ORDERED:

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint is DISMISSED with prejudice and without leave to amend.

IT IS SO ORDERED.


Dated:_____, 2010

_____
Hon. Christina A. Snyder
United States District Court Judge