BOIES, SCHILLER & FLEXNER LLP
Jonathan D. Schiller (pro hac vice)
jschiller@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone:  212.446.2300
Facsimile:   212.446.2350

Fred Norton (SBN 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:  510.874.1000
Facsimile:   510.874.1460

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone:  310.395.5800
Facsimile:   510.874.1460

Attorneys for Defendants *The Goldman Sachs Group, Inc.*, *Alliance Films Inc. and Momentum Pictures USA, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SILVER, an individual, SILVER PICTURES, INC., and SILVER SLATE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC., ALLIANCE FILMS INC., and MOMENTUM PICTURES USA, INC.,<br><br>Defendants. | Case No.  CV 10-4961 RSWL<br><br>ORDER GRANTING STIPULATION TO CONTINUE DUE DATE FOR DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

1    Before the Court is the stipulation entered into by and among Plaintiffs Joel Silver, Silver Pictures, Inc., and Silver Slate, LLC (collectively "Plaintiffs") and Defendants The Goldman Sachs Group, Inc., Alliance Films, Inc., and Momentum Pictures USA, Inc. (collectively "Defendants") to continue the due date for Defendants' answer to Plaintiffs' First Amended Complaint to June 28, 2011.  The Court GRANTS the stipulation.

IT IS HEREBY ORDERED as follows:

1. Defendants shall file their answer to Plaintiffs' First Amended Complaint on or before June 28, 2011.

IT IS SO ORDERED.

Dated: June 13, 2011

# RONALD S.W. LEW
Hon. Ronald S.W. Lew
Senior, U.S. District Court Judge