JS-6

BOIES, SCHILLER & FLEXNER LLP
Jonathan D. Schiller *(pro hac vice)*
jschiller@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone:   212.446.2300
Facsimile:   212.446.2350

Fred Norton (SBN 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:  510.874.1000
Facsimile:   510.874.1460

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone:  310.393.9119
Facsimile:   310.395.5877

Attorneys for Defendant The Goldman Sachs Group, Inc. and Defendant-Counterclaimants Alliance Films Inc. and Momentum Pictures USA, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SILVER, et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> THE GOLDMAN SACHS GROUP, INC., et al., <br><br>        Defendants. <br><br><br> ALLIANCE FILMS INC., et al., <br><br>        Counterclaimants, <br><br>   v. <br><br> JOEL SILVER, et al., <br><br>        Counterclaim-Defendants. | Case No.  CV 10-4961 RSWL (AJWx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS THIS CASE WITH PREJUDICE AND DISMISSING THIS CASE WITH PREJUDICE** |

////

Before the Court is the stipulation entered into by and among Plaintiffs Joel Silver, Silver Pictures, Inc., and Silver Slate, LLC (collectively "Plaintiffs") and Defendant The Goldman Sachs Group, Inc. and Defendant-Counterclaimants Alliance Films Inc., and Momentum Pictures USA, Inc. (collectively "Defendants") to dismiss this case with prejudice.  The Court GRANTS the stipulation.

IT IS HEREBY ORDERED that all of Plaintiffs' causes of action against Defendants are dismissed with prejudice and all of Defendants' counterclaims against Plaintiffs are dismissed with prejudice.  Accordingly, IT IS FURTHER ORDERED that this case, <u>Silver, et al. v. The Goldman Sachs Group, et al.</u>, Case No. CV 10-4961 RSWL (AJWx), is dismissed with prejudice.  The Clerk of the Court is directed to enter this Order of dismissal with prejudice and to close this case.

IT IS SO ORDERED.


Dated:__12/19/2012

RONALD S.W. LEW
_____
Hon. Ronald S.W. Lew
Senior, U.S. District Court Judge